**Entered on Docket**
**June 02, 2010**

_____
HONORABLE JOHN L. PETERSON
UNITED STATES BANKRUPTCY JUDGE

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com.

Wells Fargo Bank, N.A.
10-71469

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 10-51033-gwz |
|---|---|
| Roderick J. Robison | Date: 5/18/10<br>Time: 10:00am |
|  | Chapter 7 |
| Debtor(s). | |

### ORDER VACATING AUTOMATIC STAY

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic

2  Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property generally

3  described as 3060 E. 2nd St., Silver Springs, NV 89429.

5  IT IS SO ORDERED THIS ____ day of _____,2010.

8  Submitted by:
   WILDE & ASSOCIATES

10 _____
   Gregory L. Wilde, Esq.
11 Attorney for Secured Creditor

12 APPROVED / DISAPPROVED

13 _____
   Robert G. Johnston
14 Attorney for Debtor(s)

15 APPROVED / DISAPPROVED

17 _____
   C. Geoffrey Wilson
   Chapter 7 Trustee

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
2  \_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
3  _x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4  copy of this proposed order to all counsel who appeared at the hearing, and any trustee
appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5  approved or disapproved the order, or failed to respond, as indicated below:

6
Debtor's counsel:
7  \_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or  _x_ failed to respond to the document
8  \_\_\_\_ appeared at the hearing, waived the right to review the order
9  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
10  \_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or  _x_ failed to respond to the document
11

12  \_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13  counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14  respond, as indicated below.

15
Debtor's counsel:
16  \_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or  \_\_\_\_ failed to respond to the document
17  \_\_\_\_ appeared at the hearing, waived the right to review the order
18  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

19  Trustee:

20  \_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or  \_\_\_\_ failed to respond to the document
21
\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
22  written objection.

23

24  Submitted by:
/s/ Gregory L. Wilde, Esq.
25  Gregory L. Wilde, Esq.
Attorney for Secured Creditor
26